In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00223-CR**
_____

**STEVEN LANE LUCAS, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Cause No. 25,913**
_____

**MEMORANDUM OPINION**

On September 16, 2019, the trial court sentenced Steven Lane Lucas, Jr. on a conviction for assaulting a public servant. Lucas filed a notice of appeal. The district clerk provided the certification the trial court signed to the Court of Appeals. The certification reflects this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

1

On September 17, 2019, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. The parties did not respond. Because the certification shows the defendant has no right to appeal, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on October 15, 2019
Opinion Delivered October 16, 2019
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.